UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEROY J. PETE, JR. | CIVIL ACTION NO. 18-cv-1239 |
| VERSUS | JUDGE JUNEAU |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that, this Court concluding that the ALJ applied appropriate legal standards in ruling on this case, and the ALJ's findings are based on substantial evidence in the record, the decision of the Commissioner is **AFFIRMED,** and this matter is dismissed with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of March, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE